T. J. Forschner Contracting Company, defendant in error, v. The Sanitary District of Chicago, plaintiff in error. Gen. No. 37,524.

Opinion filed April 10, 1935.

William Rothmann, Lawrence J. Fenlon and William C. Oehlsen, for plaintiff in error. Burke, Jackson & Burke and Pomeroy & Martin, for defendant in error.

Mr. Presiding Justice Hebel delivered the opinion of the court.

Farnham-Kuhn Company, now known as Kuhn-Saipe and Company, appellee, v. Owen R. Trayner and Virginia Trayner, appellants. Gen. No. 37,535.

Opinion filed April 10, 1935. Rehearing denied April 22, 1935.

Marshall E. Gallion, for appellants. Harry P. Bovshow, for appellee.

Mr. Presiding Justice Hebel delivered the opinion of the court.

Pictorial Paper Package Corporation, defendant in error, v. National Mineral Company, plaintiff in error. Gen. No. 37,606.

Opinion filed April 10, 1935.

Maurice H. Daniels, for plaintiff in error. Edna Rowe and Fred B. Shearer, for defendant in error; Barnabas F. Sears, of counsel.

Mr. Presiding Justice Hebel delivered the opinion of the court.

Jean S. Geary, appellee, v. The Great Atlantic and Pacific Tea Company, appellant. Gen. No. 37,616.

Opinion filed April 10, 1935.

Ashcraft & Ashcraft, for appellant; Russell F. Locke and Rufus D. Beach, of counsel. Hart & Shomberg, for appellee; Victor P. Frank, of counsel.

Mr. Presiding Justice Hebel delivered the opinion of the court.